**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| TOMMY LEDENKO, individually and on behalf of all others similarly situated, | : | Case No. 8:26-cv-01298-VMC-CPT |
| Plaintiff, | : | **CLASS ACTION** |
| v. | : | |
| IDEAL CONCEPTS, INC., | : | |
| Defendant. | : | |

______________________________________/

## NOTICE OF SETTLEMENT

Plaintiff Ledenko hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Avi R. Kaufman*

Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133

Telephone: (305) 469-5881
*Counsel for Plaintiff and the putative Classes*